Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

___ INMATE UNKNOWN ___ NO INMATE BY THIS SPELLING
___ INMATE RELEASED ___ ENCLOSURE UNAUTHORIZED
___ CORRESPONDENCE REFUSED

Javan P. Christian
SBI#356625
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

COMPLETED
NOV 2 1 2005

R
E
C
E
I
V
E
D

NOV 2 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

—— INMATE UNKNOWN  —— NO INMATE BY THIS SPELLING
—— INMATE RELEASED  —— ENCLOSURE UNAUTHORIZED
—— CORRESPONDENCE REFUSED

Moved

A
C
S

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN  ☐ OTHER
☐ NO SUCH NUMBER/ STREET
■ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

U.S.M.S.

RTS
RETURN TO SENDER

UNITED STATES POSTAGE

$ 00.600

02 1A
0004607433
NOV 22 2005
MAILED FROM ZIP CODE 19802