Office of the Clerk
United States District Court
N. King Street, Lockbox 18
ington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

—— NO INMATE BY THIS SPELLING

—— INMATE UNKNOWN  —— ENCLOSURE UNAUTHORIZED
—— INMATE RELEASED
—— CORRESPONDENCE REFUSED

Moved

A
C
S

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
■ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

U.S.M.S.
XRAY

RTS
RETURN TO SENDER

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.60°
02 1A
0004607433
MAILED FROM ZIP CODE 19802
NOV 22 2005

RECEIVED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

A
C
S

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

☐ OTHER

CV 1-05-322-SLR



RTS
RETURN TO SENDER

