Feb. 5, 2007

To whom it may concern,

 I am writing this letter in regards to my "Civil Claim" and the status of my case being heard? I haven't heard anything in over 18 months. If you can give me some detailed information on my case I would appreciate it!

JAVAN P. Christian
vs.
GANDER Hill Prison

Cordially,
Jason Christian
#356635/21-A-L2

FILED
FEB -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

JAVAN CHRISTIAN
#356635    UNIT 21-A-L2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 FEB 2007 PM 3 T

Clerk of Court
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, DE
19801